55 So.2d 924

### Ex parte Margaret LOXAM (formerly Beatty).

#### 6 Div. 365.

Supreme Court of Alabama.
Dec. 12, 1951.

H. A. Entrekin, Cullman, for petitioner.

PER CURIAM.

Writ denied; petition dismissed.

All the Justices concur.

55 So.2d 924

### In re W. O. MacMAHON.

#### I Div. 485.

Supreme Court of Alabama.
Nov. 26, 1951.

Rehearing Denied Dec. 10, 1951.

PER CURIAM.

Petition denied.

All the Justices concur.

53 So.2d 890

### Sadie MARINO v. CITY OF BIRMINGHAM.

#### 6 Div. 280.

Supreme Court of Alabama.
June 14, 1951.

Rehearing Denied June 30, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

SIMPSON, Justice.

Petition of Sadie Marino for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Marino v. City of Birmingham, 53 So.2d 895.

Writ denied.

LIVINGSTON, C. J., and BROWN and FOSTER, JJ., concur.

53 So.2d 890

### Sadie MARINO v. CITY OF BIRMINGHAM.

#### 6 Div. 296.

Supreme Court of Alabama.
June 14, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

BROWN, Justice.

Petition of Sadie Marino for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Marino v. City of Birmingham, 53 So.2d 895.

Writ denied.

LIVINGSTON, C. J., and FOSTER, and SIMPSON, JJ., concur.